UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEION GRIFFIN, | No. 2:15-cv-1727 KJN (TEMP)(HC) |
| Petitioner, | |
| v. | ORDER |
| YOLO COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and petitioner has failed to notify the Court of a current address.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

Dated: April 4, 2016

grif1727.133a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1